THE TOWNSHIP COMMITTEE OF THE TOWNSHIP OF LOWER PENNS NECK, IN THE COUNTY OF SALEM, appellant,

*v.*

SAMUEL ECRET, respondent.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *99 N. J. Eq. 663.*

*Messrs. F. Newlin Acton,* for the appellant.

*Mr. Thomas G. Hilliard,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HET-
FIELD, DEAR, JJ. 15.

*For reversal*—None.